UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

_____

| | |
|---|---|
| Mel Marin and Jordana Bauman, | |
| Plaintiffs, | Civil 5:19-cv-5057-JLV |
| vs. | |
| Wells Fargo Bank, N.A. and Clear Recon Corporation, | Wells Fargo's Motion to Dismiss |
| Defendants. | |

_____

Defendant Wells Fargo Bank, N.A. moves the Court for an order under Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' claims.

The motion will be made upon all the files, records and proceedings in this action. A more particular statement of the grounds for this Motion is set forth in Wells Fargo's Memorandum in Support of Motion to Dismiss and Declaration of Charles Webber filed contemporaneously and served in accordance with the Local Rules of this Court.

Dated this 8th day of September, 2020.

GUNDERSON, PALMER, NELSON & ASHMORE, LLP

_____/s/ J. Crisman Palmer_____
J. Crisman Palmer
506 Sixth Street
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
E-mail: cpalmer@gpna.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 8th day of September, 2020 the foregoing document was filed electronically with the Clerk of Court through ECF; and I caused a copy of the foregoing document (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

<u>Pro Se Plaintiffs:</u>

Jordana Bauman
415 Laurel Street
Front PMB 440
San Diego, CA 92101

Mel Marin
Box 710561
San Diego, CA 92171

                                             */s/ J. Crisman Palmer*
                                             J. Crisman Palmer