# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 02, 2022

Jordana Bauman
Apartment 12
2410 Albatross
San Diego, CA  92101

Mel Marin
Box 601133
San Diego, CA  92160

      RE:  22-1445  Mel Marin, et al v. Wells Fargo Bank, N.A., et al

Dear Ms. Bauman and Mr. Marin:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      Please note that this appeal has been consolidated with 21-3418 *Mel Marin v. Wells Fargo Bank, N.A., et al.*, and 22-1187 *Mel Marin v. Wells Fargo Bank N.A., et al.* to the extent possible, for briefing and submission to the court. A consolidated briefing schedule will be established at a later date, if appropriate.

      The court will consider the case on the original file of the district court, and you do not need to file any additional record materials. If a transcript is required, you should file a motion with this court seeking preparation of a transcript at government expense. Your motion should specify what portions of the transcript you wish to have prepared and it should provide an explanation as to why these portions are necessary for the appeal. Please note that motions for appointment of counsel are rarely granted in pro se civil cases.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se parties' copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

MMH

Enclosure(s)

cc:   Mr. Lance W. Lange
      Mr. J. Crisman Palmer
      Mr. Matthew W. Thelen

District Court/Agency Case Number(s):   5:19-cv-05057-JLV

**Caption For Case Number: 22-1445**

Mel Marin; Jordana Bauman

        Plaintiffs - Appellants

v.

Wells Fargo Bank, N.A.; Clear Recon Corporation

        Defendants - Appellees

**Addresses For Case Participants:   22-1445**

Jordana Bauman
Apartment 12
2410 Albatross
San Diego, CA  92101

Mel Marin
Box 601133
San Diego, CA  92160

Mr. Lance W. Lange
FAEGRE & DRINKER
33rd Floor
801 Grand Avenue
Des Moines, IA  50309-8011

Mr. J. Crisman Palmer
GUNDERSON & PALMER
506 Sixth Street
P.O. Box 8045
Rapid City, SD  57709-8045

Mr. Matthew W. Thelen
U.S. DISTRICT COURT
District of South Dakota
302 U.S. Courthouse
Rapid City, SD  57701

22-1445  Mel Marin, et al v. Wells Fargo Bank, N.A., et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/02/2022

**Case Name:**  Mel Marin, et al v. Wells Fargo Bank, N.A., et al
**Case Number:**  22-1445

**Docket Text:**
Civil case docketed. [5132399] [22-1445]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Jordana Bauman
Apartment 12
2410 Albatross
San Diego, CA  92101

Mel Marin
Box 601133
San Diego, CA  92160

**Notice will be electronically mailed to:**

Mr. Lance W. Lange: lance.lange@faegredrinker.com, paulette.ohnemus@faegredrinker.com
Mr. John Crisman Palmer: cpalmer@gpna.com, kwood@gpna.com,mhuston@gpna.com
Mr. Matthew W. Thelen: coadocs@sdd.uscourts.gov